## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Monica Garcia**<br>DOB: 1975; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-06739MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 12, 2025, in the District of Arizona, **Monica Garcia**, knowing and in reckless disregard of the fact that certain illegal aliens, including Miguel Sanchez-Sanchez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 12, 2025, in the District of Arizona (Naco), Border Patrol Agents (BPAs) were travelling east on State Route (SR) 92 when they noticed a lifted white 2003 Ford F-150 bearing California license plate 95002K2 in the distance that was tapping their brakes and slowing down below the posted speed limit. Record checks on the F-150 returned out of Blythe, California. At approximately 12:25 a.m., BPAs requested that the Tactical Operations Center (TOC) continue observing the F-150 using a camera. The TOC gained visual of the F-150, so the BPAs pulled off SR 92 near Hereford Road. At approximately 12:30 a.m., the TOC advised BPAs that they observed the F-150 stop near Capps driveway at mile marker 346 on SR 92 and that they witnessed four subjects exit the brush line and enter the truck. BPAs left their location near Hereford Road and pulled behind the F-150 near mile marker 347. They continued to follow the F-150 through a residential area in the town of Warren, Arizona. At approximately 12:45 a.m., BPAs initiated a vehicle stop and the F-150 yielded on Arizona Street near the intersection of SR 80. As BPAs approached the F-150, they noticed several subjects laying down in the backseat, a front seat passenger, and a driver in the truck. An immigration inspection was performed on the driver, identified as **Monica Garcia**, and BPAs determined her to be a United States citizen. BPAs performed an immigration inspection on the other individuals in the truck, including Miguel Sanchez-Sanchez, and determined them to be citizens of Mexico illegally present in the United States.

Material witness Miguel Sanchez-Sanchez stated that he is a citizen of Mexico and that he was going to pay $8,000 per family member to be smuggled into the United States. He already paid $5,000 prior to crossing the border. He crossed the border by using a rope and ladder to navigate over the International Boundary Barrier and was guided by cellphone to a road to be loaded into a vehicle. Sanchez-Sanchez knew that the vehicle was there to pick him up because it stopped at his location and the driver yelled "Vamanos".

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Miguel Sanchez-Sanchez ||
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone _x_<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 12, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, 2, & 54

Reviewing AUSA: Hopkins